UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
LeFrederick Little
    **Plaintiff**

    **v.**

Civil Action No. 1:25-cv-10392-FDS

Massachusetts Department of Children and Families et al
    **Defendant**
_____

## ORDER OF DISMISSAL

**Saylor, D.J.**

In accordance with the Court's MEMORANDUM AND ORDER dated October 29, 2025 (Dkt. No. 5), it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

By the Court,

10/29/2025                          /s/ Melonie Cooke
Date                                   Deputy Clerk